MEMO ENDORSED

## MILBANK, TWEED, HADLEY & McCLOY LLP

I CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

————

212-530-5000

FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX: 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
44-20-7615-3000
FAX: 44-20-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

BEIJING
8610-5969-2700
FAX: 8610-5969-2707

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-5410-2801
FAX: 813-5410-2891

October 22, 2012

*Via Facsimile*

The Honorable James C. Francis, U.S.M.J.
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007



USDS SD...
DOCUME...
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/12

Re: *Bank of New York Mellon Trust Co., N.A. v.*
*Santander Holdings USA, Inc., 10 CV 9420 (RMB) (JCF)*

Dear Judge Francis:

This firm is counsel to defendant Santander Holdings USA, Inc. ("SHUSA") in the above-referenced action. We submit this letter requesting permission to file under seal certain portions of the motion to dismiss for lack of subject matter jurisdiction which SHUSA intends to file today (the "Motion"). In particular, SHUSA seeks to file under seal the following documents: (i) an unredacted version of SHUSA's memorandum of law in support of the Motion; and (ii) an unredacted version of the attorney daynotes (the "Daynotes") produced to SHUSA by plaintiff Bank of New York Mellon Trust Co., N.A. ("BNY").

The memorandum of law contains excerpts of the contents of a document that BNY filed under seal on August 14, 2012. *See* Dkt. No. 57-2. In addition, BNY produced the Daynotes to SHUSA on the understanding that they should remain confidential. The Daynotes are relevant

Hon. James C. Francis
October 22, 2012
Page 2 of 2

to, and SHUSA seeks to file them in support of, the Motion.  To preserve the confidentiality of
these documents, SHUSA requests that unredacted versions of the memorandum and the
Daynotes be filed under seal.

We are available to discuss this request further should the Court find it necessary.

Respectfully submitted,

Sean M. Farrell

Cc: Douglas H. Flaum, Esq.
    Glenn Siegel, Esq.

10/23/12
Application granted.
SO ORDERED.
James C. Francis IV
USMJ